UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

AMBER DAWN HOWARD,                                      6:23-cv-01238-HL
          Plaintiff,

vs.

                                                               ORDER
COMMISSIONER OF SOCIAL SECURITY,
          Defendant.

It is hereby ORDERED that attorney fees in the amount of $587.08 shall be awarded to

Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be

paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in

*Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer

or by check made out to Plaintiff's attorney Kevin Kerr, and mailed to Plaintiff's attorney's

office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-

3999428), P.O. Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then any remaining

funds after offset of the debt shall be made payable to Plaintiff and sent via electronic funds

transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

DATED this __20th__ day of ____March____, 2024.

_____
Andrew D. Hallman
United States Magistrate Judge